UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

DAVID M. EBEL  
JUDGE

(303) 844-3800  
FAX: (303) 844-4541  
David_M_Ebel@ca10.uscourts.gov

March 6, 2012

TO: Greg Langham, Clerk

FROM: Judge Ebel

RE: Civil Action No. 12-cr-00086-DME  
<u>U.S. v. Barragan-Martinez</u>

Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd